AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

36 C.F.R. § 4.23(a)(1) - Driving Under the Influence of Alcohol
36 C.F.R. § 4.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08%

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ GREGORY A. CORVI

DISTRICT COURT NUMBER

**CR 07 0301**

PENALTY:
Maximum Prison Term 6 months
Maximum Fine $5,000
Mandatory Special Assessment $10

E-filing

---- DEFENDANT ----
**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 4/3/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

MAG

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

UNITED STATES OF AMERICA,   )  CR No. 07 0301
                            )
    Plaintiff,               )  VIOLATIONS: 36 C.F.R. § 4.23(a)(1) -
                            )  Driving Under the Influence of Alcohol
                            )  (Class B Misdemeanor); 36 C.F.R.
                            )  4.23(a)(2) - Driving with a Blood Alcohol
    v.                       )  Content above 0.08% (Class B
                            )  Misdemeanor)
                            )
GREGORY A. CORVI,           )
                            )  SAN FRANCISCO VENUE
    Defendant.               )
_____)

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.23(a)(1) - Driving under the Influence of Alcohol

On or about April 3, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

GREGORY A. CORVI,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1).

INFORMATION

1  COUNT TWO: 36 C.F.R. § 4.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%
2      On or about April 3, 2007, in the Northern District of California, within the boundaries of an
3  area administered by the National Park Service, the defendant,
4                              GREGORY A. CORVI,
5  did operate and was in actual physical control of a motor vehicle while having at least 0.08
6  percent, by weight, of alcohol in his blood and breath, in violation of Title 36, Code of Federal
7  Regulations, Section 4.23(a)(2).

9  DATED: *May 15, 2007*                           SCOTT N. SCHOOLS
                                                   United States Attorney


                                                   _____
                                                   GREGG LOWDER
                                                   Deputy Chief, Major Crimes Section


14 (Approved as to form: _____ )
                          WENDY THOMAS
15                        Special Assistant United States Attorney

INFORMATION