11/16/2007 02:34 PM EDT

Version 7.0

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000301 | | | US V CORVI | | | | |
| 001 | GREGORY A. CORVI | 504100 | FINE-CRIME VICTIMS FUND | 1,500.00 | 1,485.00 | CT 34611012322 | 0 | PR | 15.00 | 11/08/2007 |
| 001 | GREGORY A. CORVI | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611012322 | 0 | PR | 10.00 | 11/08/2007 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$ 10.00   SPECIAL ASSESSMENT
          PAID IN FULL
          on 11-8-07

Page 1  of  1