# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Petition for Arrest Warrant for Offender Under Supervision

Name of Offender:          Gregory A. Corvi          Docket No.:   CR 07-00301-01 MAG

Name of Sentencing Judge:  Elizabeth D. Laporte
                           United States Magistrate Judge

Date of Original Sentence: October 23, 2007

Original Offense:
Count One: Driving Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor

Original Sentence: 4 days jail, 3 years probation
Special Conditions: Special assessment $10; fine $1,500; drug/alcohol treatment; no alcohol; maintain proof of financial responsibility with the California Department of Motor Vehicles; restricted driving privileges, second offender DUI program.

Type of Supervision: Probation                Date Supervision Commenced: October 23, 2007
Assistant U.S. Attorney: Wendy Thomas         Defense Counsel: James Murphy (Retained)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Jennifer Hutchings, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

Gregory A. Corvi                                                                                    Page 2
CR 07-00301-01 MAG

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number two which states that he shall report to the probation officer. |

>   Mr. Corvi was instructed, both by mail and telephone, to report to this probation officer on November 20, 2007. Mr. Corvi failed to show up for this appointment. This officer has left several messages for Mr. Corvi and on November 27, 2007, went to his residence. This officer has been unable to make any contact with Mr. Corvi. On November 28, 2007, this officer spoke to Mrs. Corvi (wife) and to their son, Greg Jr.. Both members of the family advised this officer that Mr. Corvi has resumed drinking on a daily basis and is suicidal. Mr. Corvi's son advised this officer that his father has been so intoxicated in recent weeks that the family fears for his safety. Mr. Corvi told his son that he planned on staying in bed until he died. Family members believe that Mr. Corvi is at his mother's house in San Francisco and is a risk to himself and possibly others.
>
>   This is evidenced by this officer's phone conversation with the offender's wife and his son.

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated standard condition number six which states that the offender shall notify the probation officer at least ten days prior to any change in residence. |

>   This officer was informed by Mrs. Corvi that she kicked the offender out of their house a week before Thanksgiving. This officer was advised by Mrs. Corvi that the offender's behavior had been erratic and his drinking had intensified. Mr. Corvi's son advised this officer that his father is likely staying in San Francisco at their grandmother's house. Mr. Corvi did not report this change of address to the probation officer.
>
>   This is evidenced by this officer's phone conversation with the offender's wife and his son.

Address of offender:      160 Denslowe Drive
                          San Francisco, CA 94132

Gregory A. Corvi                                                                                            Page 3
CR 07-00301-01 MAG

Based on the foregoing, there is probable cause to believe that Gregory A Corvi violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Jennifer Hutchings
U.S. Probation Officer
Date Signed: November 28, 2007

                              Approved as to form:

                              James M. Schloetter
                              Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant.
☐ Other:

Nov 28, 2007
Date

Elizabeth D. Laporte
United States Magistrate Judge