SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY A. CORVI,<br><br>    Defendant. | No. CR 07 0301 MAG<br><br>[PROPOSED] ORDER MODIFYING<br>CONDITIONS OF PROBATION<br><br>SAN FRANCISCO VENUE |

       The parties appeared before the Honorable Elizabeth D. Laporte on December 11, 2007. The defendant was represented by his attorney, James Murphy. The United States was represented by Special Assistant United States Attorney Wendy Thomas. Also present was United States Probation Officer Jennifer Hutchings. The defendant, through counsel, admitted guilt to the violations in the Form 12 and the Court ordered the conditions of the defendant's probation be modified as follows:

       1.    The defendant shall participate in a program of testing and treatment, to include participating in a residential alcohol and/or drug treatment program, as directed by the United States Probation Officer, until such time as the defendant is released from treatment by the Probation Officer. The defendant is to pay part or all of the cost of this treatment, at an amount

ORDER MODIFYING
PROBATION CONDITIONS

not to exceed the cost of treatment, as deemed appropriate by the Probation Officer.  Payments shall never exceed the total cost of urinalysis and counseling.  The actual co-payment schedule shall be determined by the Probation Officer.

     2.     The defendant shall participate in a mental health treatment program, as directed by the Probation Officer.  The defendant is to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the Probation Officer.  Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the Probation Officer.

DATED:  12/11/07

SCOTT N. SCHOOLS  
United States Attorney

/s/  
WENDY THOMAS  
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated: _____

ELIZABETH D. LAPORTE  
United States Magistrate Judge

ORDER MODIFYING
PROBATION CONDITIONS     -2-