SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY A. CORVI,<br><br>    Defendant. | No. CR 07 0301 MAG<br><br>[PROPOSED] ORDER RELEASING DEFENDANT FROM MARSHAL CUSTODY TO NEW BRIDGE FOUNDATION<br><br>SAN FRANCISCO VENUE |

      The parties appeared before the Honorable Elizabeth D. Laporte on December 11, 2007. The defendant was represented by his attorney, James Murphy. The United States was represented by Special Assistant United States Attorney Wendy Thomas. Also present was United States Probation Officer Jennifer Hutchings. The defendant was ordered to be interviewed by New Bridge Foundation for assessment of his treatment needs. New Bridge Foundation, having interviewed the defendant, is prepared to accept him into their program for substance abuse and mental health treatment on Thursday, December 20, 2007. It is hereby

//

//

//

ORDER RELEASING
DEFENDANT

-2-

ordered that the defendant be released from custody on Thursday, December 20, 2007, so that he may enter treatment at New Bridge Foundation.

DATED: __12/18/07_____

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
WENDY THOMAS
Special Assistant United States Attorney

    IT IS SO ORDERED.

Dated: _____    _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER RELEASING
DEFENDANT                                  -2-