01/16/2008 07:18 PM EDT							Version 7.0.1

**San Francisco**

### Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Case No. DCAN307CR000301     US V CORVI |
| 001 | GREGORY A. CORVI | 504100 | FINE-CRIME VICTIMS FUND | 1,500.00 | 0.00 | CT 34611012322 | 2 | PR | 15.00 | 11/08/2007 |
| 001 | GREGORY A. CORVI | 504100 | FINE-CRIME VICTIMS FUND | 1,500.00 | 0.00 | CT 34611014560 | 1 | PR | 1,485.00 | 01/14/2008 |
|  |  |  |  |  |  | Sub-Total |  |  | 1,500.00 |  |
| 001 | GREGORY A. CORVI | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 34611012322 | 1 | PR | 10.00 | 11/08/2007 |
|  |  |  |  |  |  | Division Payment Total |  |  | 1,510.00 |  |
|  |  |  |  |  |  | Grand Total |  |  | 1,510.00 |  |

$1500.00  FINE PAID IN FULL

PM 1-14-08

**FILED**

JAN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 07-301 MAG

Page 1 of 1