# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

FILED
AUG 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Report on Offender Under Supervision

Name of Offender:      Gregory A. Corvi          Docket No.:   CR 07-00301-01 EDL

Name of Sentencing Judge:   Elizabeth D. Laporte
United States Magistrate Judge

Date of Original Sentence:  October 23, 2007

Original Offense:
Count One: Driving Under the Influence of Alcohol , 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor

Original Sentence: 4 days jail, three years probation
Special Conditions: Special assessment $10; fine $1,500; drug/alcohol treatment; no alcohol; maintain proof of financial responsibility with the California Department of Motor Vehicles; restricted driving privileges, second offender DUI program.

Prior Form(s) 12: On December 11, 2007, the offender's conditions of probation were modified to include residential drug treatment for the following violations: failure to report to probation officer; failure to inform probation officer of a change in residence; and failure to abstain from alcohol.

Type of Supervision: Probation                   Date Supervision Commenced: October 23, 2007
Assistant U.S. Attorney: Wendy Thomas            Defense Counsel: James Murphy (Retained)

### Petitioning the Court to Take Judicial Notice

### Cause

Charge Number    Violation

One              There is probable cause to believe that the offender violated special condition number two which states he shall abstain from the use of alcoholic beverages.

On or about July 15, 2008, Mr. Corvi consumed alcohol.

This is evidenced by the testimony of this probation officer and Mr. Corvi's own admission that he consumed alcohol.

NDC-SUPV-FORM 12A 06/23/08

Gregory A Corvi  Page 2
CR 07-00301-01 EDL

**Action Taken and Reason**

Mr. Corvi completed a 90-day program at New Bridge residential drug treatment on March 19, 2008. He began weekly aftercare as directed but expressed a desire to attend somewhere closer to home because it was difficult to get to Berkeley. He was referred to Sharper Future and began seeing a therapist on a weekly basis. On July 16, 2008, I received notification that Mr. Corvi had failed to report for his counseling session and had not called to reschedule. I was able to make contact with Mr. Corvi via telephone. I noticed immediately that Mr. Corvi was slurring his speech and could not communicate to me why he missed his appointment at Sharper Future. I asked Mr. Corvi if he had been drinking, he said "no, yes, no." Mr. Corvi finally admitted that he had relapsed and stated that he had been drinking for several days. I told Mr. Corvi that due to the severity of his issues with alcohol, he was to return to inpatient treatment immediately. Mr. Corvi stated "under no circumstances will I return to treatment." I immediately called Mr. Corvi's son, Greg Jr., who informed me that his dad had been drinking for almost a month. He did not inform me for fear of getting his dad in trouble. On July 17, 2008, Mr. Corvi agreed to return to residential treatment after much intervention from his family. He began a stay at Center Point residential treatment in San Raphael on July 18, 2008. It is expected that his stay there will be 90-180 days.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,  Reviewed by:

Jennifer Hutchings  Amy Rizor
U.S. Probation Officer  Supervisory U.S. Probation Officer

Date Signed: August 13, 2008

Gregory A Corvi  
CR 07-00301-01 EDL

Page 3

THE COURT ORDERS:
- ☑ The Court concurs and takes judicial notice regarding the violation
- ☐ Submit a request to modify supervision
- ☐ Submit a request for warrant
- ☐ Submit a request for summons
- ☐ Other:

_____Aug 18, 2008_____  
Date

_____/s/ Elizabeth D. Laporte_____  
Elizabeth D. Laporte  
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

GREGORY A CORVI et al,

        Defendant.
        _____/

Case Number: CR07-00301 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Joseph Murphy
Attorney at Law
333 West Portal Ave
P.O. Box 27085
San Francisco, CA 94127-0085

Wendy May Thomas
U.S. Attorney's Office
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Jennifer Hutchings
U.S. Probation
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Dated: August 18, 2008

Richard W. Wieking, Clerk
*Lili M. Harrell*
By: Lili M. Harrell, Deputy Clerk